# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

| | |
|---|---|
| _____ ) | |
| **Angel Enrique Ramos-Madrigal et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.  1:10-cv-01078-RTD** |
| ) | |
| **Mendiola Forestry Service, LLC and** ) | |
| **Perfecto Mendiola,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## JOINT MOTION TO DISIMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties respectfully ask the Court to dismiss Plaintiffs' claims with prejudice.

The Parties have reached settlement with regard to all of Plaintiffs' claims. Based upon Defendants' representations regarding their financial condition, the two Settlement Agreement and Release documents executed by the Parties require Defendants to make three payments over an 18 month period.  Because of this payment plan, and in light of Plaintiffs' dismissal of their claims with prejudice, the Parties also ask the Court to retain jurisdiction over enforcement of the settlement agreements.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Gilbert v. Monsanto Co.*, 216 F.3d 695, 699 (8th Cir. 2000); *Wessman v. Surgical Pavilion LLC*, No. 4:11-cv-0570, 2011 U.S. Dist. LEXIS 93769, at *1-*2 (E.D. Ark. Aug. 22, 2011).

Respectfully Submitted,

 /s/ Stacie Jonas_____

Stacie Jonas
Tennessee Bar No. 027334
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349


ATTORNEY FOR PLAINTIFFS

**/s/ Ray Perez**
Georgia Bar No. 142466
Wimberly, Lawson, Steckel,Schneider & Stine, P.C.
3400 Peachtree Rd. NE, Ste. 400
Atlanta, Georgia 30326
Telephone: (404) 365-0900
rp@wimlaw.com

ATTORNEY FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 8th day of December, 2011, I electronically filed this document with the Clerk of Court using the ECF system, which sent notice of such filing to the attorney of record for Defendants.

**/s/ Stacie Jonas**
Stacie Jonas