```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

ANGEL ENRIQUE RAMOS-MADRIGAL et al.,

                                                                             PLAINTIFFS

    v.                   Civil No. 10-1078

MENDIOLA FORESTRY SERVICE, LLC and
PERFECTO MENDIOLA                                          DEFENDANTS

### O R D E R

NOW on this 12th day of December, 2011, comes on for consideration the above-styled cause.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the parties' Joint Motion to Dismiss (Doc. 20) be **GRANTED** and the case be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

                                                /s/ Robert T. Dawson_____

                                                **HONORABLE ROBERT T. DAWSON**
                                                **UNITED STATES DISTRICT JUDGE**